UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| ANGELA WHITSON | ) | |

## ORDER

Pending before the Court is the Defendant's Motion To Amend Order (Docket No. 782). Through the Motion, the Defendant points out that the Court's Order (Docket No. 774) denying her Motion For New Trial mistakenly stated that she was convicted of Counts Five and Seven.

The Defendant was actually acquitted of Count Seven, and convicted of Count Five. Accordingly, Defendant's Motion To Amend Order (Docket No. 782) is GRANTED, and the Court's Order (Docket No. 774) is VACATED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE